IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN DONNELL MURPHY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMY ANTHONY, et al., ) <br> ) <br> Defendants. ) | C.A. No. 24-849 (MN) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 30th day of April 2025;

WHEREAS, on April 3, 2024, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 12) in this action recommending that the Court dismiss the complaint with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii); and

WHEREAS, Plaintiff did not file objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 19) is ADOPTED.

2. The Complaint (D.I. 1) is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

3. The Court finds that amendment is futile.

4. The Clerk of Court is directed to CLOSE this case.

_____
The Honorable Maryellen Noreika
United States District Judge